No. 97–6389. GERWIG v. NEWMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6396. JOHNSON v. KANSAS DEPARTMENT OF CORRECTIONS ET AL. C. A. 10th Cir. Certiorari denied. ▮

No. 97–6400. THOMAS v. GEORGIA STATE BOARD OF ELECTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–6401. YORK v. TURNER, WARDEN, ET AL. (two judgments). C. A. 6th Cir. Certiorari denied.

No. 97–6404. BAGLEY v. TOLLE, JUDGE, TEXAS CRIMINAL DISTRICT COURT NUMBER 3, DALLAS COUNTY, ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 97–6412. LORAH v. BAUGHMAN ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–6418. TYLER v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER, ET AL. (two judgments). C. A. 8th Cir. Certiorari denied.

No. 97–6422. BROWN v. UTAH. C. A. 10th Cir. Certiorari denied. ▮

No. 97–6431. TERRALL v. CITY OF RENO, NEVADA, ET AL. (two judgments). Sup. Ct. Nev. Certiorari denied. ▮

No. 97–6432. TURNER v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Va. Certiorari denied.

No. 97–6435. TURNER v. UNITED STATES; TURNER v. VIRGINIA; TURNER v. WOOD, JUDGE, CIRCUIT COURT OF VIRGINIA, CITY OF STAUNTON; TURNER v. WILSON, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA, ET AL.; and TURNER v. INTERNAL REVENUE SERVICE ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 122 F. 3d 1063 (first judgment); 114 F. 3d 1177 (second and third judgments); 122 F. 3d 1063 (fourth judgment); 116 F. 3d 1474 (fifth judgment).

No. 97–6445. COLLINS v. SMITH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. ▮